UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-9161-GW-PVCx | Date | December 18, 2023 |
|---|---|---|---|
| Title | *Hector Mendoza v. City of Los Angeles, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

On December 17, 2023, Plaintiff Hector Mendoza filed a Notice of Settlement. The Court hereby vacates all currently set dates, and sets an order to show re: settlement hearing for January 22, 2024 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on January 18, 2024.

:

Initials of Preparer    JG