JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR MENDOZA, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF LOS ANGELES, municipal entity; OFFICER C. SCOTT #42091, individually, OFFICER E. ROSALES #41779, individually, and DOES 1 through 10, inclusive,<br><br>  Defendants. | CASE NO. CV 22-9161-GW-PVCx<br>*Hon. George H. Wu; 1st St CH – Ctrm. 9D*<br>*Hon. Mag. Pedro V. Castillo; Roybal – Ctrm. 590*<br><br>**ORDER RE DISMISSAL OF ENTIRE ACTION** |

Based on the stipulation of the parties and GOOD CAUSE appearing therefore, IT IS HEREBY ORDERED that the above-entitled action is hereby dismissed in its entirety, with prejudice. All parties are to bear their own costs and attorney's fees.

***IT IS SO ORDERED.***

DATED: June 26, 2024

_____
HON. GEORGE H. WU,
United States District Judge

1